**Order entered October 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00773-CV

### CHARLES J. PATERNOSTRO, Appellant

### V.

### REVERSE MORTGAGE SOLUTIONS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-1113**

## ORDER

Before the Court is appellant's October 4, 2019 motion for a ten-day extension to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 14, 2019.

We note the motion does not contain the certificates of conference and service required by the rules of appellate procedure. *See* TEX. R. APP. P. 9.5, 10.1(a)(5). We caution appellant that any future motions shall comply with the rules.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE